George Holland, Jr., SB# 216735
Holland Law Firm
1970 Broadway Suite 1030
Oakland, CA 94612

Telephone: (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| IN RE:<br><br>NERISSA BAGALAWIS<br><br>Debtor. | Case No.:    2:10-bk-17315-TD<br>Chapter    7<br><br>**APPLICATION TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 7 BANKRUPTCY PETITON** |

The Debtor, by and through Counsel of Record, now applies to the Court for an Order Extending the Time within which to submit incomplete filings, and hereby represents:

1.  This Chapter 7 bankruptcy was filed as a "skeleton" petition on **February 28, 2010** to stop a foreclosure sale on the property located at 5303 Adenmoor Ave, Lakewood, CA 90713.
2.  The deadline to submit the incomplete documents is **March 15, 2010**.
3.  This office will require additional time to allow Debtor to obtain required documents, which Debtor has failed to produce timely.
4.  Once Debtor produces the documents, this office will require time to adequately review the documents prior to submission.

-1-

For the foregoing reasons, Debtor and Counsel respectfully request that the Court enter the order granting Debtor until **April 6, 2010,** in which to submit incomplete filings.

Dated:        March 15, 2010

                                                  Respectfully Submitted,

                                                  /s/ George Holland, Esq.
                                                  George Holland, Esq.
                                                  Attorney for Debtor